# Court of Appeals
# of the State of Georgia

ATLANTA, __December 19, 2016__

*The Court of Appeals hereby passes the following order:*

**A17D0180.  DAVID E. OLES v. SUSAN SERAFIN et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED.  The Appellant may file a Notice of Appeal within ten days of the date of this order.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

Appellee Susan Serafin's request for a frivolous appeal penalty under Court of Appeals Rule 15 is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/19/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*